AO91 (Rev. 12/03)  Criminal Complaint                                          AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **vs.** | |
| | Case Number: 7:16-po-03775 |

Israel HERNANDEZ-Herbert
IAE A200 762 713
Mexico 1980

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __**August 04, 2016**__  in _____**Hidalgo**_____ County, in the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title ____**8**____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) ____Border Patrol Agent____ and that this complaint is based on the following facts:

**Israel HERNANDEZ-Herbert was encountered by Border Patrol Agents near Hidalgo, Texas on August 4, 2016.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on August 4, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes    ☒ No

/S/  Ibarra, Julio  Border Patrol Agent
Signature of Complainant

Ibarra, Julio    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 05, 2016                                   at    McAllen, Texas
Date                                                        City/State

Dena H Palermo          United States Magistrate Judge
Name of Judge          Title of Judge                          Signature of Judge